```
LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
```
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY JONES AND NANCY JONES, <br><br> Plaintiffs, <br><br> v. <br><br> ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY, <br><br> Defendants. | CASE NO. C 06 0554 JSW <br><br> Before the Honorable Jeffrey S. White <br><br> [~~PROPOSED~~] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE <br><br> Conference Date: June 9, 2006 <br> Conference Time: 1:30 p.m. <br> Location: Courtroom 2, 17th Floor <br> San Francisco |

For the reasons set forth in Plaintiffs' Case Management Conference Statement, the Court hereby continues the June 9, 2006 Case Management Conference ("CMC") to ___December 1, 2006___, at __1:30 p.m.__. In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation,* far

1 | enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7
2 | calendar days before the CMC, pursuant to this Court's Standing Order.  Plaintiffs are HEREBY ORDERED to serve Defendants within 120 days of the date of this Order.
3 | **IT IS SO ORDERED.**
4 | DATED: May 30, 2006
5 | Honorable Jeffrey S. White
   | United States District Court Judge