James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Dana M. Reedy (State Bar No. 239970)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA  94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       dreedy@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA  94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY JONES AND NANCY JONES,<br><br>Plaintiffs,<br><br>vs.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY,<br><br>Defendants. | No. C 06-0554 JSW<br><br>Before the Honorable Jeffrey S. White<br><br>[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date:  December 1, 2006<br>Conference Time:  1:30 p.m.<br>Location:         Courtroom 2, 17th Fl., SF |

1  For the reasons set forth in the Joint Case Management Conference Statement, the Court
2  hereby ~~continues~~ VACATES the December 1, 2006, Case Management Conference ("CMC") ~~to~~
3  ~~_____, at _____, by which time this case will likely have been transferred to~~
4  ~~the Eastern District of New York as part of MDL No. 1596 – In re Zyprexa Liability Litigation.~~ In
5  the event this case is not transferred to the MDL ~~far enough in advance of the new CMC date, the~~
6  ~~parties shall file a Joint CMC Statement at least 7 calendar days before the new CMC date.~~
7  the parties shall file a joint request to have the matter placed back on the Court's calendar.

10  IT IS SO ORDERED

12  DATED: November 21, 2006

13  _____
    The Honorable Jeffrey S. White

No.: C 06 0554 JSW                        – 2 –                              DOCSOAK-9853619.1-DREEDY
                          ~~[Proposed]~~ Order Continuing Case Management Conference

REED SMITH LLP
A limited liability partnership formed in the State of Delaware